# Freedom of Information Act Complaint

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
MICHIGAN**

| | |
|---|---|
| Thomas A Hadfield ) | |
| 1121 W Boatfield Ave. ) | |
| Flint, MI, 48507 ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
|   v. ) | C.A. No. |
| ) | |
| U.S. DEPARTMENT OF COMMERCE ) | |
| 1401 Constitution Ave NW ) | |
| Washington, DC 20230 ) | |
| ) | |
| and ) | |
| ) | |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMIN ) | |
| 1401 Constitution Avenue, NW Room 5128 ) | |
| Washington, D.C. 20230 ) | |
| ) | |
|       Defendants. ) | |
| ) | |

**COMPLAINT FOR INJUNCTIVE RELIEF**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from plaintiff by defendant Department of Commerce ("DOC") and its component National Oceanic and Atmospheric Administration ("NOAA"),

**Jurisdiction and Venue**

2. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3. Plaintiff Thomas A Hadfield is a United States citizen residing in Flint, MI

4.     Defendant DOC is a Department of the Executive Branch of the United States Government, and includes the component entity NOAA. The DOC is an agency within the meaning of 5 U.S.C. § 552(f).

5.     Defendant NOAA is a component entity of the DOC. NOAA is an agency within the meaning of 5 U.S.C. § 552(f).

### Government Agencies' Acquisition of Scans and Release of Online Information

6.     In January 2021, NOAA released Bathymetric scans of the straights of Mackinac on their at ncei.noaa.gov/maps/bathymetry it was a limited release and only available for a few weeks before they removed it. Around this same time the company contracted to scan this area released a redacted report that stated 13 anomalies were located believed to be previously unknown shipwrecks

7.     NOAA also reports on their website the a 17 million dollar project was completed on 2019 that covered 317 square miles mapping the straights of Mackinac a 130 day project from May tp September https://noaa.maps.arcgis.com/apps/MapJournal/index.html?appid=36ed94e394c44a5da5866ef1b868ec73.

8.     An Mlive article released in February of 2022 also lists scans in the Straights,(2019) Lake Michigan (2019-2020), lake superior (2021) and upcoming scanning of Lake Erie (2022) all tac payer funded surveys that are being kept from the publics view, https://www.mlive.com/public-interest/2022/02/on-first-mission-to-great-lakes-noaa-ship-will-sonar-map-lake-erie.html

9.     On about June 28th the Plaintiff messaged the State of Michigan SHPO office to inform them of the wreck he found of the Elva off Arch Rock on Mackinac Island and was informed that it was already been reported to them 2 years ago by NOAA scans, the plaintiff also recalled speaking with Wayne Lesardi of SHPO earlier in the year while looking at scans that used to be available on the NEIC website and him mentioning a list/database that was provided to them, and the remains of the wreck was already identified.

### Plaintiff's FOIA Requests and Defendants' Failure to Respond

10.    By online FOIA submission on dated March 25, 2021, plaintiff submitted Freedom of Information Act ("FOIA") requests for "I would like to have NOAA's compiled list of Great lakes anomalies from their scans, I know they have released information to the states in a database form with Lat/Long coordinates and what they believe the anomalies to be. Specifically a list of possible shipwreck anomalies but I would be happy with all of them." Noting the scans from 2009 to present such as H13258 and F00500 which used to be available but was pulled from the website.

### Defendant DOC and NOAA's Failure to Timely Comply with Plaintiff's Request

11.    Defendants acknowledged the submission through the Email and FOIA online, defendant DOC acknowledged the appeal separately on May 19, 2022 Plaintiff throughout the year acknowledging COVID asked for updates and was told it was being work on, Plaintiff also enlisted the help of Senator Debbie Stabenow's office around the first part of January 2022 to try and get a resolution to his request, until he received a letter from NOAA stating the request has been aging and wanted to know if he was

still interested in the information and if they didn't get a reply the case would be closed, at this time. The Plaintiff then appealed his request to the DOC on the grounds of no reply equaling an administrative denial. NOAA responded that the letter was sent in error and they were still consulting on possible 304 exemptions, Plaintiff provided an argument to DOC to add to his appeal that 304 isnt applicable because of laws already in effect to protect the wrecks and the States public claims that they will not do anything to protect the wrecks from degradation and are incapable of documenting them in a timely manner, He also showed where the private sector has and continues to document them with video and photo evidence including making 3d virtual files available to the public at no charge, applying 304 would do the opposite of protecting a historic place.

12.     To date, defendants NOAA or DOC has not provided a denial with a detailed explanation or the records requested by plaintiff in its FOIA request and appeal, notwithstanding the FOIA's requirement of an agency response within twenty (20) working days.

13.     Plaintiff has exhausted the applicable administrative remedies with respect to its FOIA request to defendants NOAA and DOC. Including asking for mediation through the Office of Government Information Services, and enlisting the help of Senator Debbie Stabenow's Office

14.     Defendant NOAA and DOC has wrongfully withheld the requested records from plaintiff.

### Requested Relief

WHEREFORE, plaintiff prays that this Court:

   A.     order defendants to disclose the requested records in their entireties and make copies available to plaintiff;

   B.     provide for expeditious proceedings in this action;

   C.     award plaintiff its costs incurred in this action; and

   D.     grant such other relief as the Court may deem just and proper.

Respectfully submitted,

*[signature: Thomas A Hadfield]*          8-18-22

Thomas A Hadfield

Plaintiff
1121 W Boatfiield Ave
Flint, MI 48507
(810) 268-4294

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Thomas A Hadfield

## DEFENDANTS
US Department of Commerce
National Oceanic and Atmospheric Administration

**(b)** County of Residence of First Listed Plaintiff: Genesee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [x] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Freedom of Information Act, 5 U.S.C. § 552

Brief description of cause:
Failuure to comply with the freedom of information act requirments in a reasonable or timely manner

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE: August 18, 2022    SIGNATURE OF ATTORNEY OF RECORD: *[signed] Thomas A Hadfield*

**FOR OFFICE USE ONLY**

RECEIPT # _____　AMOUNT _____　APPLYING IFP _____　JUDGE _____　MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes : _____