UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS A. HADFIELD,

          Plaintiff,

v.

Case No. 2:22-cv-11939

HONORABLE STEPHEN J. MURPHY, III

U.S. DEPARTMENT OF COMMERCE
and NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,

          Defendants.
_____/

**ORDER DENYING APPLICATION
TO PROCEED IN FORMA PAUPERIS [2] AND DISMISSING CASE**

Plaintiff Thomas A. Hadfield applied to proceed in forma pauperis rather than pay the filing fee. ECF 2. Plaintiff represented that he has a biweekly $1,550 salary. *Id.* at 6. He also represented that he owns a boat and a truck. *Id.* at 7. His monthly expenses appear normal. *Id.*

Title 28 of the United States Code, Section 1915(e)(2)(A), requires that "the [C]ourt shall dismiss the case at any time if the [C]ourt determines that . . . the allegation of poverty is untrue." Under § 1915, the Court must "dismiss the claim if it finds that [Plaintiff] is not sufficiently poor to qualify for in forma pauperis status given the facts that are true." *Jones v. Mich. Dep't of Hum. Servs.*, No. 12-14466, 2013 WL 640771, at *1 (E.D. Mich. Feb. 21, 2013) (quotation omitted).

Here, Plaintiff's allegation of poverty is untrue. Plaintiff receives thousands of dollars a month in salary, and he owns leisurely assets, such as a boat. ECF 2, PgID

1

6–7. In short, Plaintiff's monthly income could cover the filing fee and other associated costs. Thus, the Court will deny Plaintiff's application to proceed in forma pauperis and dismiss the case without prejudice under § 1915(e)(2)(A).

**WHEREFORE**, it is hereby **ORDERED** that the application to proceed in forma pauperis [2] is **DENIED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

>s/ Stephen J. Murphy, III
>STEPHEN J. MURPHY, III
>United States District Judge

Dated: August 22, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 22, 2022, by electronic and/or ordinary mail.

>s/ David P. Parker
>Case Manager